## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  

    Candace D Marquez

Debtor(s)

Case No. 12 B 38849

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/29/2012.

2) The plan was confirmed on 03/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/27/2013, 01/22/2014, 07/15/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2013, 05/19/2015, 09/08/2015.

5) The case was Dismissed on 10/14/2015.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,125.00 |
| Less amount refunded to debtor | $1.43 |

**NET RECEIPTS:** $15,123.57

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $615.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,115.65

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC Financial | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Acquisition Properties | Unsecured | 4,696.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 0.00 | 32.00 | 32.00 | 0.00 | 0.00 |
| American Collections | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 622.74 | 622.74 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | NA | 539.30 | 539.30 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,000.00 | 1,047.02 | 1,047.02 | 0.00 | 0.00 |
| Ashley Vista Apartments | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Aspen Mastercard | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Blast Fitness | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,388.00 | 1,407.44 | 1,407.44 | 0.00 | 0.00 |
| Comcast | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Comed 26499 | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| CTU Connect | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 28,540.00 | 33,785.56 | 33,785.56 | 0.00 | 0.00 |
| DeVry Education Group | Unsecured | 130.00 | 128.17 | 128.17 | 0.00 | 0.00 |
| District OF Columbia GOVT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Draper & Kramer | Unsecured | 2,282.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| First Capital LLC | Unsecured | 2,186.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Secured | 6,907.00 | 6,836.47 | 6,836.47 | 4,960.12 | 481.04 |
| Georgia Power | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Hunter Wakefield | Unsecured | 1,583.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 620.00 | 619.15 | 619.15 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 884.68 | 884.68 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Priority | 991.00 | 3.00 | 3.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 1,179.00 | 1,179.00 | 459.44 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 1,008.00 | 1,008.00 | 255.98 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 3,118.82 | 3,118.82 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,486.00 | 7,324.20 | 7,324.20 | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | 582.00 | 583.97 | 583.97 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 12,979.00 | 10,389.17 | 10,389.17 | 4,749.21 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 12,040.53 | 12,040.53 | 0.00 | 0.00 |
| IRS Non-Priority | Unsecured | 9,450.00 | NA | NA | 0.00 | 0.00 |
| Maple Springs Apartments | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Acceptance Corp | Secured | 100.00 | 257.34 | 100.00 | 98.76 | 3.37 |
| Nationwide Acceptance Corp | Unsecured | NA | 157.34 | 157.34 | 0.00 | 0.00 |
| Nationwide Loans | Unsecured | 1,401.00 | NA | NA | 0.00 | 0.00 |
| Nautilus Investments | Unsecured | 2,000.00 | 3,552.00 | 3,552.00 | 0.00 | 0.00 |
| NIKO Credit Services LLC | Unsecured | 3,402.00 | 5,751.18 | 5,751.18 | 0.00 | 0.00 |
| Paige Nichols | Unsecured | 3,971.00 | NA | NA | 0.00 | 0.00 |
| Patient First | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,000.00 | 1,553.36 | 1,553.36 | 0.00 | 0.00 |
| Personal Womens Healthcare | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Peterson Urgent Care | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 356.00 | 355.62 | 355.62 | 0.00 | 0.00 |
| Professional Account Mgmt | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RCN Communications | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 1,000.00 | 2,080.00 | 2,080.00 | 0.00 | 0.00 |
| Receivable Management | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| Receivable Management SE | Unsecured | 0.00 | 20.60 | 20.60 | 0.00 | 0.00 |
| Refund Advantage | Unsecured | 1,476.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 908.00 | 908.00 | 908.00 | 0.00 | 0.00 |
| Revenue Cycle Solution | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 4,363.00 | 727.03 | 727.03 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | 369.22 | 369.22 | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 200.00 | 73.25 | 73.25 | 0.00 | 0.00 |
| Sprint | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| State of Dist of Columbia | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| State of Georgia | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Stephanie Renee Boyd | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Steve Mix | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Suburban Bank and Trust | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| TCF National BANK IL | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| TFC Credit Corporation | Unsecured | 2,104.00 | NA | NA | 0.00 | 0.00 |
| TFC Credit Corporation | Unsecured | 2,165.00 | NA | NA | 0.00 | 0.00 |
| THE MARK AT Maple RUN | Unsecured | 1,730.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 6,749.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| Virginia Power | Unsecured | 205.00 | 205.16 | 205.16 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,836.47 | $4,960.12 | $481.04 |
| All Other Secured | $100.00 | $98.76 | $3.37 |
| **TOTAL SECURED:** | **$6,936.47** | **$5,058.88** | **$484.41** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,579.17 | $5,464.63 | $0.00 |
| **TOTAL PRIORITY:** | **$12,579.17** | **$5,464.63** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$77,886.34** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,115.65 |
| Disbursements to Creditors | $11,007.92 |
| **TOTAL DISBURSEMENTS:** | **$15,123.57** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/24/2016                    By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**